FILE COPY

DATE: 5/22/2015

RE: Case No. 15-0390

COA #: 12-14-00261-CV   TC#: 2013C-1185

STYLE: NATIONSTAR MORTGAGE, L.L.C.
v. KEN LANDERS AND CLARLINDA LANDERS

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **June 25, 2015.**

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 26 2015

TYLER TEXAS
CATHY S. LUSK, CLERK